Case 1:14-cv-00993-SLR-SRF   Document 43   Filed 01/13/16   Page 1 of 2 PageID #: 553

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| PIXION, INC., <br><br>  Plaintiff, <br><br> v. <br><br> BIGBLUEBUTTON, INC. and BLINDSIDE NETWORKS, INC., <br><br>  Defendants. | C.A. No. 14-993-SLR-SRF |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. 41(a)(1), the parties Plaintiff Pixion, Inc. ("Pixion") and Defendants BigBlueButton, Inc. and Blindside Networks, Inc., by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree that all claims in Pixion's Complaint and Amended Complaint (including D.I. 1 and 11) and all claims and counter-claims in Defendants' Answers and Amended Answers against Pixion(including D.I. 14, 15, 21 and 22), are dismissed WITH PREJUDICE, and without the right of appeal.  Each party shall bear its own costs and fees.

January 13, 2016

- 2 -

| O'KELLY & ERNST, LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ George Pazuniak* <br>   George Pazuniak (#478) <br>   901 N. Market Street, Suite 1000 <br>   Wilmington, DE  19801 <br>   Tel: (302) 478-4230 <br>   GP@del-iplaw.com | By: */s/ Richard L. Horwitz* <br>   Richard L. Horwitz (#2246) <br>   David E. Moore (#3983) <br>   Bindu A. Palapura (#5370) <br>   Hercules Plaza, 6th Floor <br>   1313 N. Market Street <br>   Wilmington, DE  19801 <br>   Tel: (302) 984-6000 <br>   rhorwitz@potteranderson.com <br>   dmoore@potteranderson.com <br>   bpalapura@potteranderson.com |
| OF COUNSEL: | OF COUNSEL: |
| LEWIS ROCA ROTHGERBER LLP <br>   Colby B. Springer <br>   4300 Bohannon Drive, Suite 230 <br>   Menlo Park, CA 94025 <br>   Telephone: (650) 391-1394 <br>   cspringer@lrrlaw.com | PERKINS COIE LLP <br>   Timothy J. Carroll <br>   Steven M. Lubezny <br>   131 South Dearborn St. <br>   Suite 1700 <br>   Chicago, IL <br>   Tel: (312)324-8400 <br>   tcarroll@perkinscoie.com <br>   slubezny@perkinscoie.com |
| *Attorneys for Plaintiff Pixion, Inc.* | *Attorneys for Defendants BigBlueButton, Inc. and Blindside Networks, Inc.* |

SO ORDERED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE